IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 25-cv-05716<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| sunlibo | 5 |
| greenvivid | 15 |
| new88 | 30 |
| qqqi44 | 32 |
| sunshine-565 | 37 |
| xinxinlin88 | 44 |
| UltraKey | 83 |

| | |
|---|---|
| Dated this 12th day of June 2025. | Respectfully submitted, |
| | /s/ Kahlia R. Halpern |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Kahlia R. Halpern |
| | Madeline B. Halgren |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | khalpern@gbc.law |
| | mhalgren@gbc.law |
| | |
| | *Counsel for Plaintiff Crye Precision LLC* |